UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 15-01595-RAO | Date: | March 9, 2016 |
| Title: | Venkata Lakshmi Savitala v. Carolyn W. Colvin | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**       (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

   On February 3, 2016, the Court granted Plaintiff Venkata Lakshmi Savitala ("Plaintiff") an extension of time until on or before March 4, 2016, to file her Memorandum in Support of Complaint.  (Dkt. No. 16.)  As of the date of this order, Plaintiff has not filed her memorandum.

   **IT IS ORDERED** that Plaintiff must show cause, in writing, on or before **March 16, 2016**, why this action should not be dismissed for failure to prosecute and to obey Court orders. Plaintiff may discharge her obligation to show cause by filing her Memorandum in Support of Complaint by the March 16, 2016, deadline.

   **IT IS SO ORDERED.**

                                                                                                  :
                                                               Initials of Preparer       gr