```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                  06/29/16

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY:      GR         DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENKATA LAKSHMI SAVITALA, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. CV 15-01595-RAO <br><br> **JUDGMENT OF REMAND** |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

DATED: June 29, 2016

                                        /s/ Rozella A. Oliver
                                        ROZELLA A. OLIVER
                                        UNITED STATES MAGISTRATE JUDGE